**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TERESA A. CLOVE,**

    **Plaintiff,**

**v.**                                                   **Case No.  8:05-cv-1507-T-17TBM**

**DOLLAR GENERAL STORE,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on **Defendant's Motion to Compel and Motion for Sanctions Pursuant to Rule 37 Against Plaintiff for Failure to Respond to Interrogatories, Failure to Respond to Request for Production, Failure to Appear at Deposition and Failure to Cooperate in Discovery** (Doc. 10).  By its motion, Defendant seeks an Order compelling Plaintiff, who is proceeding *pro se*, to respond to all outstanding discovery.  By Defendant's allegations, Plaintiff has not responded to any written discovery, failed to appear at her properly noticed deposition, and refused to cooperate or participate in discovery.  Defendant requests the court to award appropriate sanctions, pursuant to Fed. R. Civ. P. 37.  In the alternative, Defendant requests the court to dismiss this matter for failure to prosecute, pursuant to Local Rule 3.10(a), and award attorney's fees and costs for Plaintiff's failure to participate in discovery.  Plaintiff has failed to file a response in opposition, and thus, the motion is deemed unopposed.  See M.D. Fla. R. 3.01(b).  A telephone hearing on the motion was conducted June 22, 2006.  The Plaintiff failed to participate in the hearing.

Upon consideration, the Defendant's motion (Doc. 10) is **GRANTED** to the extent that Plaintiff shall, within twenty (20) days from the date of this Order, provide complete responses to Defendant's Interrogatories and Defendant's Request for Production, both of which were served on January 24, 2006.  Within this same period of time, Plaintiff shall contact Defendant's counsel to arrange for the scheduling of her deposition.  Defendant's request for Rule 37 sanctions, in particular, the request for attorney's fees and costs associated with Plaintiff's failure to appear for deposition is **GRANTED**.  Within fifteen (15) days from the date of this Order, counsel for the Defendant shall submit an affidavit of his costs and expenses associated with the failed deposition.  Defendant's request for an Order dismissing this action for failure to prosecute is **DENIED without prejudice**.  Plaintiff is advised that should she fail to comply with this Order and otherwise fail to diligently prosecute her claims in accordance with the court's Scheduling Order, the court will have no choice but to dismiss her suit.

**Done and Ordered** in Tampa, Florida, this 23rd day of June 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Pro se Plaintiff