UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERESA A. CLOVE,**

    **Plaintiff,**

v.                                                         **Case No. 8:05-cv-1507-T-17TBM**

**DOLLAR GENERAL STORE,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court *sua sponte*. By Order dated June 23, 2006, the court directed Russell F. Bergin, Esq., counsel for Defendant, to submit an affidavit of his costs and expenses associated with Plaintiff's failure to appear at deposition.[1] Counsel has since done so. By his affidavit, counsel requests attorney's fees in the amount of $1,350.00 and costs totaling $111.20.[2] See (Doc. 14, Attach.).

Upon consideration, the court concludes that the fees and costs sought by counsel are reasonable. Defendant is hereby awarded $1,350.00 in attorney's fees and $111.20 in costs. Despite Plaintiff's *pro se* status, Plaintiff is appropriately sanctioned under Rule 37 for failing

---

[1] This was in connection with the **Defendant's Motion to Compel and Motion for Sanctions Pursuant to Rule 37 Against Plaintiff for Failure to Respond to Interrogatories, Failure to Respond to Request for Production, Failure to Appear at Deposition and Failure to Cooperate in Discovery** (Doc. 10), which the court granted in part. See (Doc. 13).

[2] Specifically, counsel seeks to recoup 9 hours billed at the hourly rate of $150.00 and mileage calculated at $0.40 a mile for 278 miles for his travel from Orlando to Sarasota.

to appear at her scheduled deposition.[3] Plaintiff again is advised that her failure to diligently prosecute her claims in accordance with the court's Scheduling Order, may result in the dismissal of her suit.

**Done and Ordered** in Tampa, Florida, this 11th day of July 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Pro se Plaintiff

---

[3]The court also finds that sanctions are appropriate pursuant to this court's inherent supervisory authority over the integrity of it processes and, in particular here, its discovery processes.