UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA A. CLOVE,

    Plaintiff(s),

v.                    CASE NO.   8:05-CV-1507-T-17TBM

DOLLAR GENERAL STORE,

    Defendant(s).

_____/

ORDER

    This cause is before the Court on:

    Dkt. 17 Motion to Dismiss
    Dkt. 21 Report and Recommendation

    This case is a slip-and-fall personal injury case, and is based on diversity jurisdiction.

    Defendant moves for dismissal based on Plaintiff's failure to comply with the Court's prior order and failure to cooperate in discovery. The assigned Magistrate Judge conducted an evidentiary hearing, and issued a Report and Recommendation recommending that the Motion to Dismiss with prejudice be granted, and a judgment in the amount of $1,711.20 be entered in favor of Defendant.

    The Court has considered the Report and Recommendation, to which no objection has been filed, and has independently examined the pleadings. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

Case No. 8:05-CV-1507-T-17TBM

ORDERED that the Report and Recommendation (Dkt. 21) is adopted and incorporated. The Motion to Dismiss with prejudice (Dkt. 17) is granted. The Clerk of Court shall enter judgment in the amount of $1,711.20 in favor of Defendant against Plaintiff Teresa A. Clove, with interest at the statutory rate on the date of judgment. The Clerk of Court shall close this case.

DONE and ORDERED in Chambers, in Tampa, Florida on this 6th day of December, 2006.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2